IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VENISE QUEEN, | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 09-1770 |
| | : | |
| U.S. SECURITY ASSOCIATES and | : | |
| J.C. PENNEY COMPANY, INC., | : | |
|     Defendants | : | |

## O R D E R

**STENGEL, J.**

**AND NOW,** this 8th day of February, 2010, upon careful consideration of defendant J.C. Penney Company's motion for summary judgment (Document #17), the plaintiffs' response thereto (Document # 18), and defendant's reply (Document #19), IT IS **HEREBY ORDERED** that the defendant's motion is **DENIED.**

                                                      BY THE COURT:

                                                    /s/ Lawrence F. Stengel
                                                    LAWRENCE F. STENGEL, J.